==================================================================

# UNITED STATES DISTRICT COURT
## -----------------DISTRICTOF MARYLAND-----------------

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No.:  PWG-22-0073 |
| **JALEEL PHILLIPS** | * | |

### MOTION TO SUBSTITUTE ATTORNEY

To the Clerk of the Court and all parties of record:

Please strike the appearance of Assistant Federal Public Elizabeth Oyer and enter my appearance as counsel in this case.  I certify that I am admitted to practice in this Court.

                                                    JAMES WYDA  
                                                   Federal Public Defender

March 14, 2022                                 /s/  
                                            CARA HALVERSON, (MD #1506160180)  
                                            Assistant Federal Public Defender  
                                            Federal Public Defender's Office  
                                            6411 Ivy Lane, Suite 710  
                                            Greenbelt, Maryland 20770-1405  
                                            Phone: (301) 344-0600  
                                            Fax: (301) 344-0019  
                                            Email: cara_halverson@fd.org